# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **K'UHUL TE', ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **MIDFIRST BANK, ET AL.** | **NO. 25-00798-BAJ-RLB** |

## RULING AND ORDER

Before the Court is Defendant Everett Financial, Inc.'s **Motion to Dismiss for Insufficient Process and Service of Process (Doc. 9)** and Defendant MidFirst Bank's **Motion to Dismiss for Insufficient Service of Process (Doc. 13).** The Motions are opposed. (Doc. 15; Doc. 16; Doc. 23). Defendants filed Reply Briefs. (Doc. 17; Doc. 19).

The Magistrate Judge issued a **Report and Recommendation (Doc. 24, the "Report"),** recommending that the Court deny Defendants' Motions without prejudice and provide Plaintiffs 45 days to serve Defendants. (Doc. 24 at 13). There are no objections to the Report.

Having carefully considered Plaintiffs' Complaint (Doc. 1), the Motions at issue (Doc. 9; Doc. 13), the related briefing, and the Report (Doc. 24), the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendant Everett Financial, Inc.'s **Motion to Dismiss for Insufficient Process and Service of Process (Doc. 9)** is **DENIED**

WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Defendant MidFirst Bank's **Motion to Dismiss for Insufficient Service of Process (Doc. 13)** is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Plaintiffs shall serve Defendants within 45 days of the issuance of this Ruling and Order. No further extensions of time will be granted absent a showing of good cause.

Baton Rouge, Louisiana, this 27th day of July, 2026

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

2